No. 91–6144. LOMELINO v. MCDONNELL DOUGLAS AIRCRAFT CORP. ET AL., *ante*, p. 990;

No. 91–6169. BAKER v. LOPATIN, MILLER, FREEDMAN, BLUE-STONE, ERLICH, ROSEN & BARTNICK, ATTORNEYS AT LAW, P. C., *ante*, p. 1008;

No. 91–6178. MARTIN v. KNOX ET AL., *ante*, p. 1015;

No. 91–6208. BORYSIAK ET AL. v. COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 1016;

No. 91–6210. CLARK v. UNITED STATES, *ante*, p. 992;

No. 91–6224. IN RE WILLIAMS, *ante*, p. 1028;

No. 91–6245. JOHNSON v. PETERSON, *ante*, p. 1039;

No. 91–6336. CERVEN v. WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA, *ante*, p. 1041; and

No. 91–6389. LAMASNEY v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante*, p. 1042. Petitions for rehearing denied.

No. 90–1809. WHITMER v. CITY OF CHICAGO ET AL., *ante*, p. 814;

No. 90–6352. GRIFFIN v. UNITED STATES, *ante*, p. 46;

No. 90–8020. COSNER v. ILLINOIS, *ante*, p. 830; and

No. 90–8199. VENERI v. JACOBS ET AL., *ante*, p. 837. Petitions for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of these petitions.

No. 90–1877. SINGAL v. GENERAL MOTORS CORP., *ante*, p. 817; and

No. 90–8473. FOORE v. MARRA ET AL., *ante*, p. 853. Motions for leave to file petitions for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of these motions.